

707 Westchester Avenue, Suite 305a
White Plains, New York 10604
(914)-481-8900
(914)-481-8905 – facsimile

_____

November 2, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

> **Re: Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank v. RealFi Home Funding Corp. f/k/a Residential Home Funding Corp., Case No. 7:23-cv-07438**

Dear Judge Karas,

      I write on behalf of RealFi Home Funding Corp. ("RealFi") in the case identified above. I submit this letter to request an extension of time to respond to the Complaint (Dkt. No. 1). I am counsel and Chief Operating Officer for RealFi, and I just recently retained the law firm of Bilzin Sumberg Baena Price & Axelrod LLP to represent RealFi. They are in the process of submitting their *pro hac vice* applications, and need some additional time to prepare a response. The response to the Complaint is currently due November 3, 2023. We have conferred with counsel for the Federal Deposit Insurance Corporation, who has agreed to an 11-day extension of that deadline, such that the response would be due on November 14, 2023. This is RealFi's first request for an extension. I respectfully request that the Court enter an order granting the extension.

      Thank you for your consideration.

Respectfully submitted,


*/s/ Jodi Mosiello*
Jodi Mosiello

cc: All counsel of record (*via ECF*)


MIAMI 10998344.2 102121/30519