UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
WASHINGTON MUTUAL BANK,

                Plaintiff,

v.

REALFI HOME FUNDING CORP., *f/k/a*
RESIDENTIAL HOME FUNDING CORP.,

                Defendant.

No. 23-CV-7438 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      After reviewing Defense counsel's ex parte submissions, the Court agrees that there are satisfactory reasons for withdrawal. Counsel—who was unable to post a sealed version of their renewed Motion on the docket—has requested that the Court do so. Before taking that step, counsel is directed to submit a letter—with authority—within seven days of this Order explaining why the matters discussed in their renewed Motion are covered by the attorney client privilege or should be sealed for some other reason. Once counsel submits that letter, and their papers are filed either publicly or under seal, the Court will rule on the Motion.

SO ORDERED.

Dated:   March 5, 2024
          White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge